# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: SEATEQ CORPORATION § Case No. 17-30697
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Barry Milgrom, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $745,091.81            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,221.81    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $198,803.44

3) Total gross receipts of $ 229,025.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $229,025.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 176,414.74 | 176,414.74 | 176,414.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 37,878.69 | 22,388.70 | 22,388.70 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,109.15 | 1,271.54 | 1,271.54 | 1,271.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,371,593.95 | 1,139,977.38 | 5,230,314.06 | 28,950.27 |
| **TOTAL DISBURSEMENTS** | $5,373,703.10 | $1,355,542.35 | $5,430,389.04 | $229,025.25 |

    4) This case was originally filed under Chapter 7 on July 20, 2017. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2021    By: /s/Barry Milgrom
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at Account X2888 Location: City | 1129-000 | 13,775.25 |
| A/R | 1121-000 | 55,250.00 |
| Preferences and fraudulent conveyances | 1241-000 | 160,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$229,025.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barry Milgrom | 2100-000 | N/A | 14,701.26 | 14,701.26 | 14,701.26 |
| Other - OFFICE OF THE UNITED STATES TRUSTEE | 2990-000 | N/A | 5,200.00 | 5,200.00 | 5,200.00 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 2,635.41 | 2,635.41 | 2,635.41 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - International Sureties, Ltd. | 2300-000 | N/A | 108.74 | 108.74 | 108.74 |
| Other - Spinnaker Equipment Services, Inc. | 2990-000 | N/A | 27,300.00 | 27,300.00 | 27,300.00 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3420-000 | N/A | 608.48 | 608.48 | 608.48 |
| Other - Kokjer, Pierotti, Maiocco & Duck LLP | 3410-000 | N/A | 25,022.00 | 25,022.00 | 25,022.00 |
| Other - Sandi M. Colabianchi | 3220-000 | N/A | 2,878.19 | 2,878.19 | 2,878.19 |
| Other - Sandi M. Colabianchi | 3210-000 | N/A | 96,180.00 | 96,180.00 | 96,180.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.37 | 20.37 | 20.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.06 | 59.06 | 59.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.52 | 75.52 | 75.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.53 | 72.53 | 72.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.28 | 70.28 | 70.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.69 | 54.69 | 54.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.15 | 62.15 | 62.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.53 | 54.53 | 54.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.08 | 60.08 | 60.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.12 | 58.12 | 58.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.95 | 29.95 | 29.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.78 | 30.78 | 30.78 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 160.60 | 160.60 | 160.60 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 320.96 | 320.96 | 320.96 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 309.76 | 309.76 | 309.76 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 341.28 | 341.28 | 341.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$176,414.74** | **$176,414.74** | **$176,414.74** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Belvedere Legal, PC | 6210-000 | N/A | 19,040.35 | 19,040.35 | 19,040.35 |
| Belvedere Legal, PC | 6101-000 | N/A | 14,374.64 | 0.00 | 0.00 |
| Employment Development Department | 6820-000 | N/A | 215.35 | 0.00 | 0.00 |
| CA DEPT OF TAX AND FEE ADMIN/SPECIAL OPS, MIC: 55 (ADMINISTR | 6820-000 | N/A | 761.12 | 761.12 | 761.12 |
| City and County of San Francisco | 6820-000 | N/A | 2,587.23 | 2,587.23 | 2,587.23 |
| State Comp Insurance Fund | 6990-000 | N/A | 900.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | $37,878.69 | $22,388.70 | $22,388.70 |
|---|---|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | N/A | | | | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board | 5800-000 | 0.00 | 829.28 | 829.28 | 829.28 |
| 2-3P | Internal Revenue Service | 5800-000 | N/A | 442.26 | 442.26 | 442.26 |
| NOTFILED | Scott Lam c/o Seateq Corporation | 5200-000 | 900.82 | N/A | N/A | 0.00 |
| NOTFILED | Susanti Sutiono c/o Seateq Corporation | 5200-000 | 1,208.33 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,109.15 | $1,271.54 | $1,271.54 | $1,271.54 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -3 | Internal Revenue Service | 7300-000 | 0.00 | 2.20 | 2.20 | 0.00 |
| 4 | iCON International Container Service America | 7100-000 | N/A | 13,350.00 | 13,350.00 | 74.11 |
| 5 -2 | City National Bank | 7100-000 | 95,499.83 | 74,650.08 | 74,650.08 | 414.38 |
| 8 | Touax Container Leasing Pte Ltd. | 7100-000 | 45,150.00 | 71,329.40 | 71,329.40 | 395.95 |
| 9 | Gerhard & Herta Thiede Trust | 7100-000 | 154,038.44 | 154,038.44 | 154,038.44 | 855.07 |
| 10 | R.B. Tilley | 7100-000 | 103,362.94 | 103,362.94 | 103,362.94 | 573.77 |
| 11 | Clerk of the Court - James Wiltshire | 7100-001 | 225,000.00 | 225,000.00 | 225,000.00 | 1,248.98 |
| 13 | International Martime Leasing LLC | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 137.74 |
| | U.S. Bankruptcy Clerk of the Court - International | 7100-001 | N/A | N/A | N/A | 1.04 |
| 14 | Bjorn Ervell | 7100-000 | 1,766.66 | 208,222.05 | 0.00 | 0.00 |
| 15 | Bjorn Ervell | 7100-000 | N/A | 208,222.05 | 0.00 | 0.00 |
| 16 -2 | CAI International Inc. | 7100-000 | 1,786,489.00 | N/A | 1,786,489.00 | 9,916.82 |
| 17 -2 | Container Leasing International, LLC | 7100-000 | 1,010,855.00 | N/A | 1,010,855.00 | 5,611.27 |
| 18 -3 | Textainer Equipment Management (US) II Ltd. | 7100-000 | 1,004,975.00 | N/A | 1,004,975.00 | 5,578.63 |
| 19 -2 | Triton Container Int. Ltd. | 7100-000 | N/A | N/A | 746,262.00 | 4,142.51 |
| 22 | Alexander Ervell | 7200-000 | 41,800.22 | 41,800.22 | 0.00 | 0.00 |
| 23 | Margaret Gretel Tilley | 7200-000 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| NOTFILED | Diane Ervin/ Ervell | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Patrick Ervell | 7100-000 | 20,880.22 | N/A | N/A | 0.00 |
| NOTFILED | Triton Container International Limited Attn: Gordon Noble | 7100-000 | 746,262.00 | N/A | N/A | 0.00 |
| NOTFILED | | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bernard Ryding | 7100-000 | 10,514.64 | N/A | N/A | 0.00 |
| NOTFILED | Employment Development Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$5,371,593.95** | **$1,139,977.38** | **$5,230,314.06** | **$28,950.27** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30697  **Trustee:** (001140) Barry Milgrom
**Case Name:** SEATEQ CORPORATION  **Filed (f) or Converted (c):** 10/24/17 (c)
**§341(a) Meeting Date:** 11/29/17
**Period Ending:** 05/27/21  **Claims Bar Date:** 01/24/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Account X2888 Location: City | 65,561.60 | 0.00 | | 13,775.25 | FA |
| 2 | total security deposit: location: Landlord | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 3 | Workers comp- security deposit Location: State C | 206.00 | 206.00 | | 0.00 | FA |
| 4 | Bottle Deposit | 92.00 | 92.00 | | 0.00 | FA |
| 5 | total pre-paid expenses (including $419.62 - lif | 15,874.12 | 15,874.12 | | 0.00 | FA |
| 6 | A/R | 394,086.00 | 326,025.14 | | 55,250.00 | FA |
| 7 | Fixed Assets Location: Seateq, 1 Avenue of the P | 41,591.31 | 41,591.31 | | 0.00 | FA |
| 8 | Furniture and Equipment Location: Seateq, 1 Aven | 4,791.01 | 4,791.01 | | 0.00 | FA |
| 9 | computer equipment - software($1,049) plus syste | 6,810.20 | 6,810.20 | | 0.00 | FA |
| 10 | Other inventory or supplies: Total cargo contain | 263,865.92 | 263,865.92 | | 0.00 | FA |
| 11 | Preferences and fraudulent conveyances (u) | 0.00 | 160,000.00 | | 160,000.00 | FA |
| 12 | Vietnam Litigation (u) | Unknown | 0.00 | | 0.00 | FA |
| 13 | DIP account (u) (See Footnote) | 13,775.25 | 0.00 | | 0.00 | FA |
| 14 | Ho Chi Minh City People's Court - Vietnam (u) | 394,086.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$1,204,739.41** | **$823,255.70** | | **$229,025.25** | **$0.00** |

RE PROP# 13  Per compromise order DOC #111

**Major Activities Affecting Case Closing:**

05/25/21 - Sent TDR to UST.
04/10/21 Sent the corrected Notice of Unclaimed Dividend and the check for $1.04 to the Clerk, per their request.
04/09/21 Check for $1.04 and Notice of Unclaimed Dividend were sent back because in one place Notice shows the amount of unclaimed dividend as $1,248.98, not $1.04 (show $1.04 in two other places). Need to correct and re-send it in. Corrected Notice and the original check for $1.04. (Note that there was a Notice of Unclaimed Dividend for Claim 11 for $1248.98 as DOC #137 filed 12-11-20)
03/23/21 - Sent Notice of Unclaimed Funds to Clerk of the Court for Claim #13.
1-12-21 Tricia put a stop payment on the first check to the UST a few days ago and today, 1-12-21, I printed out a new check to the UST for $5200 with the 10 digit case number (713-17-30697)) on it and send it to the UST, U.S. Trustee Payment Center, PO Box 6200-19, Portland OR 97228-6200 as per Lisa Grootendorst (of the UST) instructions
1-7-2021 I got an email from Lisa Grootendorst of the UST that I may want to send a new check to the UST "lockbox". I sent a responsive email asking if a check to the lockbox will be picked up promptly. She responded saying it would.
12-15-20 Around 12-15-20 I called and LMTC to Yung Nor Wong telling her that there is a check for $5,200 to the UST that hadn't been cashed and let me know how to handle it.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-30697 | **Trustee:** | (001140) Barry Milgrom |
| **Case Name:** SEATEQ CORPORATION | **Filed (f) or Converted (c):** | 10/24/17 (c) |
| | **§341(a) Meeting Date:** | 11/29/17 |
| **Period Ending:** 05/27/21 | **Claims Bar Date:** | 01/24/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12-7-20 So we need checks to clear and deal with those that aren't cashed. And we need a TDR.

12/07/20 [We (Tricia and I) did a supplemental distribution and an unclaimed funds today.] Unclaimed funds from Wilshire Claim 11 were deposited with/sent to the Clerk of the Court today together with a Notice of Unclaimed Funds..

Before 12/07/20 EDD check ($215.35) came back saying it was already paid (i.e., presumably by D, not be the Trustee). The James Wiltshire dividend check ($1,239.69) came back showing that he is deceased and has no forwarding address. Couldn't find him on line. Those two checks were VOIDED. THe EDD money was redistributed to other creditors as a supplemental distribution. Wiltshire share of redistributed EDD money ($9.29) went to the Clerk of the Court with the first Wiltshire first distribution of $1239.69. ($1239.69 plus $9.29 equals $1248.98 paid to Clerk).

10/26/20 Printed and mailed out all the dividend checks.

10/20/20 Order ID 697396 - Order for Trustee's Fees and Expenses TFR approved and professional fees and expenses.

09/16/20 UST (Monette) said that I had it right the first time (i.e., as originally filed; her changes were not needed). She will file the original submitted TFR.

09/14/20 Emailed Corrected TFR, NFR, Trustee Fee App to Monette as per her request.

07/13/20 TFR submitted to UST

07/08/20 TFR and suppoorting docs mailed to B for approval before submititng

07/07/20 - Proposed Distribution emailed to Professionals for review

**Initial Projected Date Of Final Report (TFR):** October 24, 2019   **Current Projected Date Of Final Report (TFR):** July 13, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30697  
**Case Name:** SEATEQ CORPORATION  

**Taxpayer ID #:** **-***7071  
**Period Ending:** 05/27/21  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Mechanics Bank  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/17 | {6} | Pac-Van Inc. | Sent to debtor and fowarded to trustee | 1121-000 | 12,750.00 | | 12,750.00 |
| 11/17/17 | {6} | Pac-Van Inc. | Sent to debtor and fowarded to trustee | 1121-000 | 29,750.00 | | 42,500.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.37 | 42,479.63 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.06 | 42,420.57 |
| 01/09/18 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30697, Bond # 016048574 TERM :01/01/18 TO 01/01/19 Voided on 01/11/18 | 2300-000 | | 13.66 | 42,406.91 |
| 01/11/18 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30697, Bond # 016048574 TERM :01/01/18 TO 01/01/19 Voided: check issued on 01/09/18 | 2300-000 | | -13.66 | 42,420.57 |
| 01/11/18 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2017 FOR CASE #17-30697, Bond # 016048574 TERM :01/01/18 TO 01/01/19 | 2300-000 | | 13.65 | 42,406.92 |
| 01/12/18 | {6} | Caru West Gulf Containers | "Seateq Corp Refund"- it says on the check. Apparent refund on overpayment on container. | 1121-000 | 11,700.00 | | 54,106.92 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.52 | 54,031.40 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.53 | 53,958.87 |
| 03/08/18 | {6} | Pac-Van Inc. | Paid per "BKORDER' check shows. Check dated 3-6-18 | 1121-000 | 12,750.00 | | 66,708.87 |
| 03/08/18 | 103 | Franchise Tax Board | 2018 Form 100-ES  EIN 94-3236309 Voided on 03/08/18 | 2820-000 | | 800.00 | 65,908.87 |
| 03/08/18 | 103 | Franchise Tax Board | 2018 Form 100-ES  EIN 94-3236309 Voided: check issued on 03/08/18 | 2820-000 | | -800.00 | 66,708.87 |
| 03/08/18 | 104 | Spinnaker Equipment Services, Inc. | Paid per Order Granting Motion to Compromise Controversy with Spinnaker Equipment Services, Inc. DOC #95 Para. 3 | 2990-000 | | 27,300.00 | 39,408.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.28 | 39,338.59 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.69 | 39,283.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.15 | 39,221.75 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.53 | 39,167.22 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.08 | 39,107.14 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.12 | 39,049.02 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.95 | 39,019.07 |

Subtotals: $66,950.00   $27,930.93

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30697 | **Trustee:** Barry Milgrom (001140) |
| **Case Name:** SEATEQ CORPORATION | **Bank Name:** Mechanics Bank |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***7071 | **Blanket Bond:** $67,398,068.00 (per case limit) |
| **Period Ending:** 05/27/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/11/18 | 105 {6} | CARU WestGulf | Return of funds mistakenly paid; allowed per Order Authorizing Return of Duplicate Payment to CARU WestGulf; DOC#109 filed 10-1-18 | 1121-000 | -11,700.00 | | 27,319.07 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.78 | 27,288.29 |
| 11/06/18 | {1} | City National Bank | Per compromise order DOC #111 (some assets are post-petition and not subject to bank lien) | 1129-000 | 13,775.25 | | 41,063.54 |
| 01/22/19 | 106 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2019 FOR CASE #17-30697 | 2300-000 | | 41.45 | 41,022.09 |
| 07/03/19 | | Transition Transfer Debit | Transver balance to Metropolitan Commerciall Bank | 9999-000 | | 41,022.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 69,025.25 | 69,025.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 41,022.09 | |
| | | | **Subtotal** | | 69,025.25 | 28,003.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,025.25** | **$28,003.16** | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30697  
**Case Name:** SEATEQ CORPORATION  

**Taxpayer ID #:** **-***7071  
**Period Ending:** 05/27/21  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7969 - Checking Account  
**Blanket Bond:** $67,398,068.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 41,022.09 | | 41,022.09 |
| 01/24/20 | 10107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2020 FOR CASE #17-30697, Term 01/01/2020 to 01/01/21 | 2300-000 | | 53.64 | 40,968.45 |
| 02/03/20 | {11} | Ervell | Preference | 1241-000 | 160,000.00 | | 200,968.45 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 160.60 | 200,807.85 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 320.96 | 200,486.89 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 309.76 | 200,177.13 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 341.28 | 199,835.85 |
| 10/26/20 | 10108 | Barry Milgrom | Dividend paid 100.00% on $14,701.26, Trustee Compensation;  Reference: | 2100-000 | | 14,701.26 | 185,134.59 |
| 10/26/20 | 10109 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $5,200.00, Other Chapter 7 Administrative Expenses; Reference: Stopped on 01/12/21 | 2990-000 | | 5,200.00 | 179,934.59 |
| 10/26/20 | 10110 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend paid 100.00% on $2,635.41, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 2,635.41 | 177,299.18 |
| 10/26/20 | 10111 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $608.48, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 608.48 | 176,690.70 |
| 10/26/20 | 10112 | Kokjer, Pierotti, Maiocco & Duck LLP | Dividend paid 100.00% on $25,022.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 25,022.00 | 151,668.70 |
| 10/26/20 | 10113 | Sandi M. Colabianchi | Dividend paid 100.00% on $2,878.19, Attorney for Trustee Expenses (Other Firm);  Reference: Stopped on 12/14/20 | 3220-000 | | 2,878.19 | 148,790.51 |
| 10/26/20 | 10114 | Sandi M. Colabianchi | Dividend paid 100.00% on $96,180.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped on 12/14/20 | 3210-000 | | 96,180.00 | 52,610.51 |
| 10/26/20 | 10115 | Belvedere Legal, PC | Dividend paid 100.00% on $19,040.35, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 19,040.35 | 33,570.16 |
| 10/26/20 | 10116 | Employment Development Department | Dividend paid 100.00% on $215.35, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: Voided on 11/25/20 | 6820-000 | | 215.35 | 33,354.81 |
| 10/26/20 | 10117 | CA DEPT OF TAX AND FEE | Dividend paid 100.00% on $761.12, Other | 6820-000 | | 761.12 | 32,593.69 |

{} Asset reference(s)

Subtotals :  $201,022.09    $168,428.40

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30697  
**Case Name:** SEATEQ CORPORATION  

**Taxpayer ID #:** **-***7071  
**Period Ending:** 05/27/21

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7969 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | ADMIN/SPECIAL OPS, MIC: 55 (ADMINISTR | State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: | | | | |
| 10/26/20 | 10118 | City and County of San Francisco | Dividend paid 100.00% on $2,587.23, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: | 6820-000 | | 2,587.23 | 30,006.46 |
| 10/26/20 | 10119 | Franchise Tax Board | Percent of Dividend 100.00% Final dividend in bankruptcy case | 5800-000 | | 829.28 | 29,177.18 |
| 10/26/20 | 10120 | Internal Revenue Service | Percent of Dividend 100.00% Final dividend in bankruptcy case | 5800-000 | | 442.26 | 28,734.92 |
| 10/26/20 | 10121 | iCON International Container Service America | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 73.55 | 28,661.37 |
| 10/26/20 | 10122 | City National Bank | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 411.30 | 28,250.07 |
| 10/26/20 | 10123 | Touax Container Leasing Pte Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 393.01 | 27,857.06 |
| 10/26/20 | 10124 | Gerhard & Herta Thiede Trust | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 848.71 | 27,008.35 |
| 10/26/20 | 10125 | R.B. Tilley | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 569.50 | 26,438.85 |
| 10/26/20 | 10126 | James Wiltshire | Percent of Dividend 0.55% Final dividend in bankruptcy case Voided on 12/07/20 | 7100-000 | | 1,239.69 | 25,199.16 |
| 10/26/20 | 10127 | International Martime Leasing LLC | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 137.74 | 25,061.42 |
| 10/26/20 | 10128 | CAI International Inc. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 9,843.06 | 15,218.36 |
| 10/26/20 | 10129 | Container Leasing International, LLC | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 5,569.53 | 9,648.83 |
| 10/26/20 | 10130 | Textainer Equipment Management (US) II Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 5,537.13 | 4,111.70 |
| 10/26/20 | 10131 | Triton Container Int. Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 4,111.70 | 0.00 |
| 11/25/20 | 10116 | Employment Development Department | Dividend paid 100.00% on $215.35, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter); Reference: Voided: check issued on 10/26/20 | 6820-000 | | -215.35 | 215.35 |
| 12/07/20 | 10126 | James Wiltshire | Percent of Dividend 0.55% Final dividend in bankruptcy case Voided: check issued on 10/26/20 | 7100-000 | | -1,239.69 | 1,455.04 |

Subtotals: $0.00  $31,138.65

{} Asset reference(s)

Case: 17-30697   Doc# 139   Filed: 05/28/21   Entered: 05/28/21 14:30:25   Page 12 of 14

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 17-30697 | | **Trustee:** | Barry Milgrom (001140) |
| **Case Name:** | SEATEQ CORPORATION | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******7969 - Checking Account |
| **Taxpayer ID #:** | **-***7071 | | **Blanket Bond:** | $67,398,068.00 (per case limit) |
| **Period Ending:** | 05/27/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/20 | 10132 | Clerk of the Court | Unclaimed Funds for Claim No. 7 | 7100-001 | | 1,248.98 | 206.06 |
| 12/07/20 | 10133 | iCON International Container Service America | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 0.56 | 205.50 |
| 12/07/20 | 10134 | City National Bank | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 3.08 | 202.42 |
| 12/07/20 | 10135 | Touax Container Leasing Pte Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 2.94 | 199.48 |
| 12/07/20 | 10136 | Gerhard & Herta Thiede Trust | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 6.36 | 193.12 |
| 12/07/20 | 10137 | R.B. Tilley | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 4.27 | 188.85 |
| 12/07/20 | 10138 | International Martime Leasing LLC | Percent of Dividend 0.55% Final dividend in bankruptcy case  Stopped on 03/23/21 | 7100-000 | | 1.04 | 187.81 |
| 12/07/20 | 10139 | CAI International Inc. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 73.76 | 114.05 |
| 12/07/20 | 10140 | Container Leasing International, LLC | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 41.74 | 72.31 |
| 12/07/20 | 10141 | Textainer Equipment Management (US) II Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 41.50 | 30.81 |
| 12/07/20 | 10142 | Triton Container Int. Ltd. | Percent of Dividend 0.55% Final dividend in bankruptcy case | 7100-000 | | 30.81 | 0.00 |
| 12/14/20 | 10113 | Sandi M. Colabianchi | Dividend paid 100.00% on $2,878.19, Attorney for Trustee Expenses (Other Firm); Reference: Stopped: check issued on 10/26/20 | 3220-000 | | -2,878.19 | 2,878.19 |
| 12/14/20 | 10114 | Sandi M. Colabianchi | Dividend paid 100.00% on $96,180.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped: check issued on 10/26/20 | 3210-000 | | -96,180.00 | 99,058.19 |
| 12/14/20 | 10143 | Sandi M. Colabianchi | Dividend paid 100.00% on $2,878.19, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 2,878.19 | 96,180.00 |
| 12/14/20 | 10144 | Sandi M. Colabianchi | Dividend paid 100.00% on $96180.00 Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 96,180.00 | 0.00 |
| 01/12/21 | 10109 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $5,200.00, Other Chapter 7 Administrative Expenses; Reference: Stopped: check issued on 10/26/20 | 2990-000 | | -5,200.00 | 5,200.00 |
| 01/12/21 | 10145 | OFFICE OF THE UNITED STATES TRUSTEE | 713-17-30697-Dividend paid 100.00% on $5,200.00, Other Chapter 7 Administrative | 2990-000 | | 5,200.00 | 0.00 |

Subtotals : $0.00 $1,455.04

{} Asset reference(s)

Case: 17-30697 Doc# 139 Filed: 05/28/21 Entered: 05/28/21 14:30:25 Page 13 of 14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 17-30697  
**Case Name:** SEATEQ CORPORATION  

**Taxpayer ID #:** **-***7071  
**Period Ending:** 05/27/21  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7969 - Checking Account  
**Blanket Bond:** $67,398,068.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses; Reference: | | | | |
| 03/23/21 | 10138 | International Martime Leasing LLC | Percent of Dividend  0.55%  Final dividend in bankruptcy case<br>Stopped: check issued on 12/07/20 | 7100-000 | | -1.04 | 1.04 |
| 03/23/21 | 10146 | U.S. Bankruptcy Clerk of the Court | Unclaimed dividend | 7100-001 | | 1.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 201,022.09 | 201,022.09 | $0.00 |
| | | | Less: Bank Transfers | | 41,022.09 | 0.00 | |
| | | | **Subtotal** | | 160,000.00 | 201,022.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$160,000.00** | **$201,022.09** | |

Net Receipts : 229,025.25  
Net Estate : $229,025.25

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8166** | 69,025.25 | 28,003.16 | 0.00 |
| **Checking # ******7969** | 160,000.00 | 201,022.09 | 0.00 |
| | $229,025.25 | $229,025.25 | $0.00 |

{} Asset reference(s)